UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO DAVIS,

    Plaintiff,

v.

TERRANCE WALLACE,

    Defendant.

_____/

Case No. 18-12789

Honorable Nancy G. Edmunds

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S
FEBRUARY 06, 2019 REPORT AND RECOMMENDATION [12]**

Currently before the Court is the magistrate judge's February 06, 2019 report and recommendation. (ECF No. 12). The magistrate judge recommends that the Court dismiss Plaintiff's complaint with prejudice for failure to prosecute. The Court is fully advised in the premises and has reviewed the record and pleadings. Neither party filed objections to the magistrate judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citations omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation and **DISMISSES WITH PREJUDICE** Plaintiff's complaint.

SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: July 22, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 22, 2019, by electronic and/or ordinary mail.

                                          <u>s/Lisa Bartlett</u>
                                          Case Manager